# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE INFOSOFT GROUP, INC. D/B/A LOCALJOBNETWORK.COM, | Case No. 15-CV-210-PP |
| Plaintiff, | |
| v. | |
| DIRECTEMPLOYERS ASSOCIATION, INC. | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE (DKT. NO. 14)

On November 13, 2015, the parties filed a joint motion to dismiss, citing Fed. R. Civ. P. 41.

The court **GRANTS** the joint motion to dismiss, Dkt. No. 14, and **ORDERS** that all claims and counterclaims in this case are **DISMISSED WITHOUT PREJUDICE**. The court further **ORDERS** that each party shall bear its own costs and attorneys' fees.

Dated in Milwaukee, Wisconsin this 13th day of November, 2015.

BY THE COURT:

_____
HON. PAMELA PEPPER
United States District Judge